IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN K. HINKLE,                    )
                                     )
    Plaintiff,                       )
                                     )
        vs.                          )   CIVIL NO. 19-cv-951-MAB[1]
                                     )
COMMISSIONER of SOCIAL SECURITY,     )
                                     )
    Defendant.                       )

## MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner. **(Doc. 27)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the Appeals Council will instruct the Administrative Law Judge to further evaluate the opinion evidence from Dr. Gonzalez; obtain updated evidence from a medical expert; further evaluate the claimant's residual

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Docs. 11, 24.

functional capacity; offer the claimant the opportunity for a hearing; and issue a new decision."

Plaintiff applied for disability benefits in June 2015. (Tr. 20). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion to Remand to the Commissioner **(Doc. 27)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: March 20, 2020.**

<u>s/ Mark A. Beatty</u>
**MARK A. BEATTY**
**UNITED STATES MAGISTRATE JUDGE**